# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NIHEEM LEWIS** | : | **NO. 19-235** |

## ORDER

**NOW**, this 23rd day of December, 2020, upon consideration of the defendant's *pro se* Motion for Compassionate Release (Doc. No. 51), the Motion for Reconsideration (Doc. No. 53), and the government's response (Doc. No. 55), it is **ORDERED** that the motions are **DENIED WITHOUT PREJUDICE.**

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.