**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NIHEEM LEWIS** | : | **NO. 19-235** |

### ORDER

**NOW**, this 11th day of August, 2021, upon consideration of the defendant's Motion for Reduction in Sentence Under U.S.C. 3582 (Document No. 58), the government's response and the defendant's reply, it is **ORDERED** that the motion is **DENIED**.

      /s/ Timothy J. Savage
      TIMOTHY J. SAVAGE, J.